# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| DINA VALLADARES AND EDDY BARRIOS, | § § § § § § § § § § | Civil Action No. 4:22-cv-00453-ALM |
| Plaintiffs. | | Jury Trial Demanded |
| v. | | |
| TRANSUNION, LLC | | |
| Defendant, | | |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice (Dkt. #8). The Court hereby accepts the Parties' Joint Stipulation of Dismissal.

It is therefore ORDERED that all of Plaintiffs' claims in this matter are hereby dismissed without prejudice as to Transunion, LLC, with both parties to bear their own attorney's fees and costs incurred in this action.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 1st day of November, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE